**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WANDA ROSS**, <br><br> Plaintiff, <br><br> *v.* <br><br> **VIRGINIA TRANSPORTATION CORP.**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 22-0026-KSM** |

**ORDER**

**AND NOW**, this 10th day of February, 2022, upon consideration of the parties' Stipulation to Dismiss Negligent Entrustment and Transfer Venue to the District of New Jersey (Doc. No. 7), and finding that venue is improper in this District and that transfer is warranted under 28 U.S.C. § 1406(a), it is **ORDERED** that the Stipulation is **APPROVED** and this case is **TRANSFERRED** to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.